LEON J. RISIKOFF, Appellant, v. SINA B. RISIKOFF, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See *ante*, p. 978.]

■

RICHARD S. SILVER, Respondent, v. EDWARD M. SILVER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.

■

KERSTIN SWENSSON, Respondent, v. NEW YORK, ALBANY DESPATCH COMPANY, INC., Respondent, and WARD LA FRANCE TRUCK CORP., Appellant. YOLANDA TRIMBOLI, as Administratrix of the Estate of ANTHONY J. TRIMBOLI, Deceased, Respondent, v. WARD LA FRANCE TRUCK CORP., Appellant. (Consolidated action.) — Motion referred to the court that rendered the decision. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 1078.]

■

CATALDO TESTINO et al., Respondents, v. ALFRED LYNCH, Appellant.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.

■

MARY BLOCK et al., Appellants, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries alleged to have been sustained by appellant Mary Block when she fell on an icy sidewalk, and by her husband for medical expenses and loss of services, the appeal is from a judgment dismissing the complaint after trial before the court without a jury. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.